# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

# SEARCH WARRANT

**Case Number:** 10 - M - 586

**3224 N. Fratney Street, Milwaukee, WI**, more particularly described as the upper of a two and one half story duplex, with brown wood shingles on the upper half and with tan aluminum siding lower, white trim around windows and doors with the numbers "3224" affixed to the right of the north door on the west side of the house

**TO: Any authorized officer of the United States:**

Application and Affidavit having been made before me by David Baker, Task Force Officer with the Federal Bureau of Investigation, U.S. Department of Justice, who has reason to believe that on the property known as:

> **3224 N. Fratney Street, Milwaukee, WI**, more particularly described as the upper of a two and one half story duplex, with brown wood shingles on the upper half and with tan aluminum siding lower, white trim around windows and doors with the numbers "3224" affixed to the right of the north door on the west side of the house

in the Eastern District of Wisconsin there is now concealed certain property, namely those items listed on Attachment A which are evidence of violations of Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(B) and 846.

I am satisfied that the application and affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___December 20, 2010___
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 a.m. to 10:00 p.m.)(at any time in the day as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to ___William E. Callahan, Jr.___ as required by law.
U.S. Magistrate Judge

December 6th, 2010 at 3:30 PM

Date and time issued

Milwaukee, WI

City and State

THE HONORABLE WILLIAM E. CALLAHAN, JR.

United States Magistrate Judge,

Name & Title of Judicial Officer

Signature of Judicial Officer

## RETURN

| Date Warrant received<br>12/6/2010 | Date and time Warrant executed<br>12/6/2010 7:40pm | Copy of warrant and receipt for items left with<br>PATRICIA MARZ |
| --- | --- | --- |

Inventory made in the presence of *PATRICIA MARZ*

Inventory of person or property taken pursuant to the Warrant

SEE ATTACHED INVENTORY SHEET

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____ 1/6/11 _____
U.S. Judge or Magistrate Judge        Date

Case 2:10-mj-00586-WEC    Filed 01/06/11    Page 2 of 4    Document 2

## ATTACHMENT A - ITEMS TO BE SEIZED

1. Paraphernalia associated with the manufacture and distribution of controlled substances including but not limited to scales and other measuring devices, weighing devices, packaging materials and containers to hold controlled substances, and documents related to the manufacture or growing, harvesting, distribution, sale, or possession of marijuana.

2. Duffel, canvas bags, suitcases or other large contains to hold or transport controlled substances.

3. Proceeds of drug trafficking activities, such as United States currency, precious metals, financial instruments, and jewelry, and documents and deeds reflecting the purchase or lease of real estate, vehicles, precious metals, jewelry or other items obtained with the proceeds from drug trafficking activities.

4. Bank account records, loan documents, wire transfer records, money order receipts, postal express mail envelopes, bank statements, safe deposit box keys and records, money containers, financial records and notes showing payment, receipt, concealment, transfer, or movement of money generated from the sale of controlled substances, or financial transactions related to the trafficking of controlled substances.

5. Drug or money ledgers, drug distribution or customer lists, drug supplier lists, correspondence, notations, logs, receipts, journals, books, records, and other documents noting the price, quantity, and/or times when controlled substances were obtained, transferred, sold, distributed, and/or concealed.

6. Personal telephone books, address books, telephone bulls, photographs, letters, cables, telegrams, facsimiles, personal notes, documents and other items or lists reflecting names, addresses, telephone numbers, addresses and communications regarding illegal activities among and between members and associates involved in drug trafficking activities.

7. Records of off-site storage locations, including but not limited to safe deposit box keys and records, and records and receipts and rental agreements for storage facilities.

8. Cellular telephones, SmartPhones, pagers, text messaging systems, and other communication devices, including devices capable of sending, receiving, or storing e-mails, and any and all records associated with such communications services.

9. Records, items and documents reflecting travel for the purpose of participating in drug trafficking activities, such as passports, airline tickets, bus tickets, vehicle rental receipts, credit card receipts, taxi cab receipts, hotel and restaurant receipts, canceled checks, maps, and records of long distance calls reflecting travel.

10. Indicia of occupancy, residency or ownership of the premises and things described in the warrant, including utility bills, telephone bills, loan payment receipts, rent receipts, trust deeds, lease or rental agreements, addressed envelopes, escrow documents and keys.

11. Photographs, videotapes or other depictions of assets, firearms, coconspirators, or controlled substances.

12. Any and all documents referenced above, whether stored magnetically or on paper.


*** For any and all documents identified in paragraph 4 which are found to be dated, the warrant shall be limited to cover only such documents dated for the years 2007 to the present.

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __68-7826__

On (date) __12/06/2010__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __PATRICIA J. MARES__

(Street Address) __3224 N FRATNEY St__

(City) __MILWAUKEE WI__

Description of Item(s):

SCALE - OHAUS

21 PLASTIC BAGS OF VARIOUS SIZES W/ MARIJUANA RESIDUE

NUMEROUS DOCUMENTS & HANDWRITTEN NOTES

MARIJUANA

2 SMOKING PIPES W/ MARIJUANA RESIDUE

NOTHING FOLLOWS

Received By: _____ (Signature)

Received From: _____ (Signature)